# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161434(53)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JODE INVESTMENTS, LLC, CLUB GOLF
PROPERTIES, LLC, and CLUB GOLF
INVESTORS, LLC,
         Plaintiffs/Counterdefendants-
         Appellees,

v

BURNING TREE PROPERTIES, LLC,
BURNING TREE INVESTORS, LLC,
SIMONE MAURO, SALVATORE
DIMERCURIO, and SERGIO GESUALE,
         Defendants/Counterplaintiffs/
         Third Party Plaintiffs-Appellants,
and

ANTHONY MARROCCO and ANTHONY
FANELLI,
         Third-Party Defendants-
         Appellees.
_____/

SC: 161434
COA: 346403
Macomb CC: 2011-000291-CB

       On order of the Chief Justice, the motion of appellants to extend the time for filing their reply is GRANTED. The reply submitted on July 24, 2020, is accepted as timely filed.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020              

                                          Clerk